IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DARCI J. ROSE, | ) | 4:05CV3150 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This is a social security appeal. Now that an answer has been filed and the record deposited with the clerk of the court, this case should be progressed. Accordingly,

IT IS ORDERED that:

1. This case shall be resolved as if cross-motions for summary judgment have been filed, and the clerk of the court is directed to make appropriate entries into the court's computer-assisted record keeping system to show on the court's motion list that this case is pending on cross-motions for summary judgment and the following briefing dates have been established;

2. Plaintiff shall submit a brief by September 19, 2005;

3. Defendant shall submit a brief by October 19, 2005;

4.  Plaintiff may submit a reply brief by November 2, 2005; and

5.  This case shall be ripe for decision on November 3, 2005.


August 19, 2005.                    BY THE COURT:


                                    s/ *Richard G. Kopf*
                                    RICHARD G. KOPF
                                    United States District Judge