IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DARCI J. ROSE, | ) | 4:05CV3150 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for enlargement of time (filing 8) is granted, and the briefing schedule is modified as follows:

1. Plaintiff shall submit a brief by October 19, 2005;

2. Defendant shall submit a brief by November 21, 2005;

3. Plaintiff may submit a reply brief by December 5, 2005; and

4. This case shall be ripe for decision on December 6, 2005.

September 19, 2005.                    BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       United States District Judge